Patrick J. Reilly
Nevada Bar No. 6103
preilly@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway
Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for BMW Financial Services NA, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES KU,<br><br>           Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, a Delaware limited liability company; EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company; AMERICAN EXPRESS COMPANY, a New York company; BANK OF AMERICA, N.A., a national banking association; BMW FINANCIAL SERVICES NA, LLC, a Delaware limited liability company U.S. DEPARTMENT OF AGRICULTURE, a government agency; and CAPITAL ONE BANK (USA), N.A, a foreign corporation,<br><br>           Defendants. | Case No.: 2:18-cv-01714-JCM-PAL<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR BMW FINANCIAL SERVICES NA, LLC TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

## **STIPULATION**

Plaintiff James Ku and Defendant BMW Financial Services N.A., LLC ("BMW FS") hereby stipulate and agree to extend the time for BMW FS to answer or otherwise plead in response to the Complaint on file in this action, up to and including December 17, 2018.

/ / /

/ / /

/ / /

18152504

1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

This is the first request for an extension, and is made in good faith and not for the purposes of delay.

DATED this 10th day of December, 2018.

MARX LAW FIRM, PLLC

/s/ Bradley M. Marx
601 S. 10th Street
Las Vegas, NV 89101
brad@marxfirm.com
(702) 900-2541

*Attorneys for James Ku*

DATED this 10th day of December, 2018.

BROWNSTEIN FARBER HYATT SCHRECK, LLP

/s/ Patrick J. Reilly
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106
preilly@bhfs.com
(702) 382-2101

*Attorneys for BMW Financial Services NA, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 13, 2018

18152504

2

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **STIPULATION AND ORDER EXTENDING DEADLINE FOR BMW FINANCIAL SERVICES NA, LLC TO RESPOND TO COMPLAINT** was served via electronic service on the ____ day of December, 2018, to the addresses shown below:

Bradley M. Marx
Marx Law Firm, PLLC
601 S. 10th Street
Las Vegas, NV 89101
brad@marxfirm.com
(702) 900-2541

*Attorneys for James Ku*

/s/Susan Roman
An employee of Brownstein Hyatt Farber Schreck, LLP

18152504

3