**KURT BONDS, ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

-*-

| | |
|---|---|
| JAMES KU,<br><br>PLAINTIFF,<br><br>V.<br><br>TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, AMERICAN EXPRESS COMPANY, BANK OF AMERICA, N.A., BMW FINANCIAL SERVICES, NA, U.S. DEPARTMENT OF AGRICULTURE, AND CAPITAL ONE BANK (USA), N.A.,<br><br>DEFENDANTS. | Case No. 2:18-cv-01714-JCM-PAL<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff James Ku ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On September 7, 2018, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is December 18, 2018. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims and Trans Union's

counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including January 8, 2019. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint

Dated this 11th day of December, 2018

**ALVERSON TAYLOR & SANDERS**

//S// Trevor R. Waite_________________________
**KURT BONDS.ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-700
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
***Counsel for Trans Union LLC***

**MARX LAW FIRM**

*/s/ Bradley M. Marx*

Bradley M. Marx, Nevada Bar No. 12999
601 S. 10th Street
Las Vegas, NV 89101
Telephone: (702) 900-2541
Facsimile: (702) 385-5518
Email: brad@marxfirm.com
***Counsel for Plaintiff***

/ / /

/ / /

/ / /

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 13th day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000