Brandon C. Fernald
Nevada Bar No.
Fernald Law Group
6236 Laredo Street
Las Vegas, NV 89146
Tel. (702) 410-7500
Fax (702) 410-7520
brandon.fernald@fernaldlawgroup.com
*Attorneys for Defendant Capital One Bank (USA), N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES KU,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, a Delaware limited liability company; EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company; AMERICAN EXPRESS COMPANY, a New York company; BANK OF AMERICA, N.A., a national banking association; BMW FINANCIAL SERVICES NA, LLC, a Delaware limited liability company U.S. DEPARTMENT OF AGRICULTURE, a government agency; and CAPITAL ONE BANK (USA), N.A, a foreign corporation,<br><br>　　　　　　Defendants. | Case No.<br>2:18-cv-01714-JCM-PAL<br><br>**FIRST STIPULATION AND ORDER FOR EXTENSION OF TIME FOR CAPITAL ONE BANK (USA), N.A. TO RESPOND TO COMPLAINT** |

　　　　Plaintiff James Ku ("Plaintiff") and Defendant Capital One Bank (USA), N.A. ("Capital One"), by counsel, hereby stipulate to extend the time for Capital One to respond to Plaintiff's Complaint, up to and including January 8, 2019. Capital One's responsive pleading is currently due on December 11, 2018, and it needs time to investigate Plaintiff's claims and prepare its

response. This is the first stipulation to extend Capital One's time to respond to Plaintiff's complaint.

Dated: December 11, 2018

/s/Bradley M. Marx
Bradley M. Marx
Marx Law Firm, PLLC
601 S. 10th Street.
Las Vegas, NV 89101
brad@marxfirm.com
Tel. (702) 900-2541
*Attorneys for Plaintiff James Ku*

/s/ Brandon C. Fernald
Brandon C. Fernald
Fernald Law Group
6236 Laredo Street
Las Vegas, NV 89146
Tel. (702) 410-7500
brandon.fernald@fernaldlawgroup.com
*Attorneys for Defendant Capital One Bank (USA), N.A*

**ORDER**

IT IS SO ORDERED

U.S. MAGISTRATE JUDGE

DATED: December 13, 2018

# CERTIFICATE OF SERVICE

I, Brandon C. Fernald, declare that I am over the age of eighteen years and not a party to this action. I am employed in Clark County, and my business address is: Fernald Law Group LLP, 6236 Laredo Street, Las Vegas, Nevada 89146.

On December 11, 2018, I hereby certify that a true and complete copy of the foregoing documents:

**FIRST STIPULATION AND ORDER FOR EXTENSION OF TIME FOR CAPITAL ONE BANK (USA), N.A. TO RESPOND TO COMPLAINT**

have been served by forwarding said copy on this the 11th day of December 2018 by transmitting via the court's ECF system the documents listed above to:

| | |
|---|---|
| **Bradley M. Marx**<br>Marx Law Firm<br>601 S. 10th St.<br>Las Vegas, NV 89101<br>702-900-2541<br>Email: brad@marxfirm.com<br>*Attorneys for Plaintiff James Ku* | **Bradley T Austin**<br>Snell & Wilmer LLP<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br>702-784-5200<br>Fax: 702-784-5252<br>Email: baustin@swlaw.com<br>*Attorneys for Defendant Equifax Information Services LLC* |
| **Patrick J Reilly**<br>Brownstein Hyatt Farber Schreck, LLP<br>100 N. City Parkway<br>Suite 1600<br>Las Vegas, NV 89106<br>702-382-2101<br>Fax: 702-382-8135<br>Email: preilly@bhfs.com<br>*Attorneys for BMW Financial Services NA, LLC* | **Trevor Waite**<br>ALVERSON TAYLOR & SANDERS<br>6605 Grand Montecito Parkway<br>Suite 200<br>Las Vegas, NV 89149<br>702-384-7000<br>Fax: 702-385-7000<br>Email: twaite@alversontaylor.com<br>*Attorneys for Defendant Trans Union, LLC* |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

DATED: December 11, 2018

Brandon C. Fernald