1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  REX D. GARNER, ESQ.
   Nevada Bar No. 9401
3  **AKERMAN LLP**
4  1635 Village Center Circle, Suite 200
   Las Vegas, NV 89134
5  Telephone: 702 634 5000
   Facsimile: 702 380 8572
6  Email: ariel.stern@akerman.com
7  Email: rex.garner@akerman.com

8  *Attorneys for Bank of America, N.A.*

9

10                    **UNITED STATES DISTRICT COURT**

11                         **DISTRICT OF NEVADA**

12

13  JAMES KU,                              CASE NO. 2:18-cv-01714-JCM-PAL

14              Plaintiff,                 **STIPULATION AND [PROPOSED]
                                           ORDER TO EXTEND DEADLINE FOR
                                           DEFENDANT BANK OF AMERICA,**
15       vs.                               **N.A. TO RESPOND TO COMPLAINT**

16  TRANS UNION, LLC, A DELAWARE           **[FIRST REQUEST]**
    LIMITED LIABILITY COMPANY,
17  EQUIFAX INFORMATION SERVICES,          Complaint Filed: September 7, 2018
    LLC, A GEORGIA LIMITED LIABILITY
18  COMPANY, AMERICAN EXPRESS
    COMPANY, A NEW YORK COMPANY,
19  BANK OF AMERICA, N.A., A NATIONAL
    BANKING ASSOCIATION, BMW
20  FINANCIAL SERVICES NA, LLC, A
    DELAWARE LIMITED LIABILITY
21  COMPANY, U.S. DEPARTMENT OF
    AGRICULTURE, A GOVERNMENT
22  AGENCY, AND CAPITAL ONE BANK
    (USA), N.A., A FOREIGN CORPORATION,
23
24              Defendants.
25
26
27       Plaintiff James Ku ("Plaintiff") and Defendant Bank of America, N.A. ("BANA") (collectively,
28  the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree to extend

                                        1

the deadline for BANA to respond to Plaintiff's Complaint filed and served on September 7, 2018 and November 27, 2018 respectively, as follows:

WHEREAS, the current deadline for BANA to file its response to Plaintiff's Complaint is December 18, 2018, and it needs additional time to investigate Plaintiff's claims and prepare its response.

WHEREAS, the Parties conferred and reached an agreement to extend the deadline for BANA to file a response to Plaintiff's Complaint up to and including January 17, 2019. This is the Parties' first request for an extension of time on the response deadline.

THEREFORE, in consideration of the foregoing, the parties request that the Court modify BANA's response deadline, as follows:

1.     That the deadline for BANA to file a response to Plaintiff's Complaint is extended up to and including January 17, 2019.

DATED this 13th day of December, 2018          DATED this 13th day of December, 2018

**MARX LAW FIRM**                                      **AKERMAN LLP**

By:*/s/ Bradley M. Marx*_____     By: */s/ Rex D. Garner*_____
    Bradley M. Marx                                     Rex D. Garner
    601 S. 10th Street                                  1635 Village Center Circle, Suite 200
    Las Vegas, NV 89101                                 Las Vegas, NV 89134
    Email: brad@marxfirm.com                            Email: rex.garner@akerman.com
    Telephone: 702-900-2541                             Telephone: 702-634-5000

*Attorneys For Plaintiff*                              *Attorneys For Defendant Bank of America, N.A.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: _____December 17, 2018_____

2