Brandon C. Fernald
Fernald Law Group
6236 Laredo Street
Las Vegas, NV 89146
Tel. (702) 410-7500
Fax (702) 410-7520
brandon.fernald@fernaldlawgroup.com
*Attorneys for Defendant Capital One Bank (USA), N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES KU,<br><br>  Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, a Delaware limited liability company; EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company; AMERICAN EXPRESS COMPANY, a New York company; BANK OF AMERICA, N.A., a national banking association; BMW FINANCIAL SERVICES NA, LLC, a Delaware limited liability company U.S. DEPARTMENT OF AGRICULTURE, a government agency; and CAPITAL ONE BANK (USA), N.A, a foreign corporation,<br><br>  Defendants. | Case No.<br>2:18-cv-01714-JCM-PAL<br><br>**SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME FOR CAPITAL ONE BANK (USA), N.A. TO RESPOND TO COMPLAINT** |

Plaintiff James Ku ("Plaintiff") and Defendant Capital One Bank (USA), N.A. ("Capital One"), by counsel, hereby stipulate to extend the time for Capital One to respond to Plaintiff's Complaint, up to and including January 25, 2019. Capital One's responsive pleading is currently due on January 8, 2019, and it needs time to investigate Plaintiff's claims and prepare its response. This is the second stipulation to extend Capital One's time to respond to Plaintiff's complaint.

Dated: January 7, 2019

| | |
|---|---|
| /s/*Bradley M. Marx* | /s/ *Brandon C. Fernald* |
| Bradley M. Marx | Brandon C. Fernald |
| Marx Law Firm, PLLC | Fernald Law Group |
| 601 S. 10th Street. | 6236 Laredo Street |
| Las Vegas, NV 89101 | Las Vegas, NV 89146 |
| brad@marxfirm.com | Tel. (702) 410-7500 |
| Tel. (702) 900-2541 | brandon.fernald@fernaldlawgroup.com |
| *Attorneys for Plaintiff James Ku* | *Attorneys for Defendant Capital One Bank (USA), N.A.* |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 8, 2019

2

# CERTIFICATE OF SERVICE

I, Brandon C. Fernald, declare that I am over the age of eighteen years and not a party to this action. I am employed in Clark County, and my business address is: Fernald Law Group LLP, 6236 Laredo Street, Las Vegas, Nevada 89146.

On January 7, 2019, I hereby certify that a true and complete copy of the foregoing documents:

**1. SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME FOR CAPITAL ONE BANK (USA), N.A. TO RESPOND TO COMPLAINT**

have been served by forwarding said copy on this the 7th day of January 2019 by transmitting via the Court's ECF system the documents listed above to:

| | |
|---|---|
| **Bradley M. Marx, Esq.**<br>Marx Law Firm<br>601 S. 10th St.<br>Las Vegas, NV 89101<br>Email: brad@marxfirm.com<br>***Attorneys for Plaintiff James Ku*** | **Bradley T. Austin, Esq.**<br>SNELL & WILMER LLP<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, Nevada 89169<br>Email: baustin@swlaw.com<br>***Attorneys for Defendant***<br>***Equifax Information Services, LLC*** |
| **Jeremy J. Thompson, Esq.**<br>Clark Hill PLLC<br>3800 Howard Hughes Parkway<br>Suite 500<br>Las Vegas, NV 89169<br>Email: jthompson@clarkhill.com<br>***Attorneys for Defendant***<br>***Equifax Information Services, LLC*** | **Patrick J Reilly, Esq.**<br>Brownstein Hyatt Farber Schreck, LLP<br>100 N. City Parkway<br>Suite 1600<br>Las Vegas, NV 89106<br>Email: preilly@bhfs.com.<br>***Attorneys for Defendant BMW Financial***<br>***Services NA, LLC*** |
| **Trevor Waite, Esq.**<br>ALVERSON TAYLOR & SANDERS<br>6605 Grand Montecito Parkway<br>Suite 200<br>Las Vegas, NV 89149<br>Email: twaite@alversontaylor.com<br>***Attorneys for Defendant Trans Union LLC*** | **Ariel E. Stern, Esq.**<br>**Rex Garner, Esq.**<br>Akerman LLP<br>1635 VillageCenter Circle, Suite 200<br>Las Vegas, NV 89134<br>Email: ariel.stern@akerman.com<br>    rex.garner@akerman.com<br>***Attorneys for Defendant***<br>***Bank of America, N.A.*** |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

DATED: January 7, 2019

_____
Brandon C. Fernald