**Reid Rubinstein & Bogatz**
I. SCOTT BOGATZ, ESQ.
Nevada Bar No. 3367
JAIMIE STILZ, ESQ.
Nevada Bar No. 13772
300 South Fourth Street, Suite 830
Las Vegas, Nevada 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
sbogatz@rrblf.com
jstilz@rrblf.com
*Attorneys for Defendant American Express*
*National Bank (incorrectly designated as*
*"American Express Company")*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES KU,<br><br>         Plaintiff,<br><br>   vs.<br><br>TRANSUNION, LLC, a Delaware limited liability company; EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company; AMERICAN EXPRESS COMPANY, a New York company; BANK OF AMERICA, N.A., a national banking association; BMW FINANCIAL SERVICES, N.A., LLC, a Delaware limited liability company; U.S. Department of Agriculture, a government agency; and CAPITAL ONE BANK (USA), N.A., a foreign corporation;<br><br>         Defendants. | Case No.:    2:18-cv-01714-JCM-PAL<br><br><br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR AMERICAN EXPRESS NATIONAL BANK TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT [DOC. #1]** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JAMES KU ("Plaintiff" or "Mr. Ku"), by and through his attorneys, the law firm of MARX LAW FIRM, PLLC, and Defendant AMERICAN EXPRESS NATIONAL BANK (incorrectly designated in the Complaint as "American Express Company" and hereinafter referred to as "American Express"), by and through its attorneys, the law firm of Reid Rubinstein & Bogatz, that American Express shall have up to and including January 31, 2019 to file an Answer or otherwise respond to

. . .

. . .

REID RUBINSTEIN & BOGATZ
300 South Fourth Street, Suite 830
Las Vegas, Nevada 89101
(702) 776-7000 FAX: (702) 776-7900

Plaintiff's Complaint [Doc. No. 1], which was filed in this matter on September 7, 2018. This is the first formal request for an extension, and it is made in good faith and not for the purposes of delay.

Dated this 9th day of January, 2019.

REID RUBINSTEIN & BOGATZ

By: _/s/ Jaimie Stilz, Esq._
    I. Scott Bogatz, Esq.
    Nevada Bar No. 3367
    Jaimie Stilz, Esq.
    Nevada Bar No. 13772
    300 South Fourth Street, Suite 830
    Las Vegas, Nevada 89101
    *Attorneys for Defendant*
    *American Express National Bank*

Dated this 9th day of January, 2019.

MARX LAW FIRM, PLLC

By: _/s/ Bradley M. Marx, Esq._
    Bradley M. Marx, Esq.
    Nevada Bar No. 12999
    601 S. 10th Street
    Las Vegas, NV 89101
    *Attorneys for Plaintiff*

## **ORDER**

IT IS SO ORDERED.

DATED this 14th day of January, 2019.

UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE