Bradley M. Marx
Nevada Bar No. 12999
MARX LAW FIRM, PLLC
601 S. 10th St.,
Las Vegas, NV 89101
Phone: 702-900-2541
Fax: 702-385-5518
Email: brad@marxfirm.com
*Attorney for Plaintiff James Ku*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

James Ku,

        Plaintiff,

vs.

Trans Union, LLC, et al.

        Defendants.

Case No.:  2:18-cv-01714

**NOTICE OF SETTLEMENT AS TO AMERICAN EXPRESS COMPANY ONLY**

      NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, American Express Company in the above-captioned case have reached a settlement.  Plaintiff anticipates

/ / /

/ / /

/ / /

/ / /

/ / /

1

filing a Notice of Voluntary Dismissal with Prejudice as to Defendant American Express Company ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

DATED: January 31, 2019

Respectfully Submitted,

MARX LAW FIRM, PLLC

By: _/s/Bradley M. Marx_____
Bradley M. Marx
601 S. 10th St.,
Las Vegas, NV 89101
Attorney for Plaintiff,
James Ku

**IT IS ORDERED** that the settling parties shall have until **April 1, 2019** to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: January 31, 2019

Peggy A. Leen
United States Magistrate Judge

| 1 | |
|---|---|
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

I, hereby certify that a true and complete copy of NOTICE OF SETTLEMENT AS TO AMERICAN EXPRESS COMPANY ONLY has been served on this the 31st day of January 2019 by forwarding said copy via the court's ECF system to:

| | |
|---|---|
| Patrick J. Reilly, Esq. | Ariel E. Stern, Esq. |
| BROWNSTEIN HYATT FARBER | Rex D. Garner, Esq. |
| SCHREK, LLP | AKERMAN LLP |
| 100 N. City Pkwy. Suite 1600 | 1635 Village Center Circle Ste. 200 |
| Las Vegas, NV 89106 | Las Vegas, NV 89134 |
| *Attorneys for BMW Financial Services* | *Attorneys for Bank of America, NA* |
| | |
| Kurt Bonds, Esq. | Jeremy J. Thompson, Esq. |
| Taylor Waite, Esq. | CLARK HILL, PLLC |
| ALVERSON TAYLOR SANDERS | 3800 Howard Hughes Pkwy., Suite 500 |
| 6605 Grand Montecito Parkway Ste. 200 | Las Vegas, NV 89169 |
| Las Vegas, NV 89149 | *Attorneys for Equifax Information* |
| *Attorneys for Trans Union, LLC* | *Services LLC* |
| | |
| Jamie Stilz, Esq. | Brandon C. Fernald, Esq. |
| BOGATZ LAW GROUP | FERNALD LAW GROUP |
| 300 S. 4th St., Suite 830 | 6236 Laredo St. |
| Las Vegas, NV 89101 | Las Vegas, NV 89146 |
| *Attorneys for American Express* | *Attorneys for Capital One Bank (USA),* |
| *Company* | *NA* |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

DATED: January 31, 2019

By: _/s/Bradley M. Marx_____

Bradley M. Marx

3