UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES KU, | Case No. 2:18-CV-1714 JCM (BNW) |
| Plaintiff(s), | ORDER |
| v. | |
| TRANS UNION, LLC, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Ku v. Trans Union, LLC et al*, case no. 2:18-cv-01714-JCM-BNW.

Defendant BMW Financial Services NA, LLC ("BMW") has filed a motion to stay case (ECF No. 31) and a motion to compel arbitration (ECF No. 33). However, on January 3, 2019, plaintiff James Ku filed a notice of voluntary dismissal as to BMW. (ECF No. 34). Accordingly, because BMW has been terminated from this action, the court will deny as moot BMW's motions.

Accordingly,

IT IS ORDERED that BMW's motion to stay case (ECF No. 31) be, and the same hereby is, DENIED.

IT IS FURTHER ORDERED that BMW's motion to compel arbitration (ECF No. 33) be, and the same hereby is, DENIED.

IT IS SO ORDERED.

DATED June 4, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan
U.S. District Judge**