Jeremy J. Thompson
Clark Hill PLLC
3800 Howard Hughes Parkway
Suite 500
Las Vegas, NV 89169
Tel: 702-862-8300
Fax: 702-862-8400
Email: jthompson@clarkhill.com
*Attorney for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JAMES KU,

        Plaintiff,

vs.

TRANS UNION LLC, et al.

        Defendants.

Case No. 2:18-cv-01714-JCM-BNW

**STIPULATION AND [PROPOSED] ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**

**(FIRST REQUEST)**

Pursuant to Fed. R. Civ. P. 26(f), and Local Rule 26-1, plaintiff James Ku ("Plaintiff") and defendants Equifax Information Services LLC ("Equifax") and Trans Union LLC (together with Plaintiff, the "Parties")[1], by and through their attorneys of record, hereby stipulate to extend the deadline for the Joint Proposed Pretrial Order in the January 25, 2019 Scheduling Order ["Order," Dkt. 45] as follows:

1.     Defendants filed their respective Motions for Summary Judgment ("Motions") on July 19, 2019, the deadline set forth in the Order. [Dkt. 67, 68].

---

[1]     Defendants American Express Company, BMW Financial Services NA, LLC, Capital One Bank (USA) N.A., and Bank of America, N.A. have been terminated from the case.

1

2. The current deadline for filing responses to the Motions is August 5, 2019. (*Id.*)

3. The presumptive current deadline for filing replies in support of the Motions, and the current deadline for a Joint Proposed Pretrial Order, is August 23, 2019. [Dkt. 45].

4. Because the Motions will not be ripe for ruling until after the current deadline for the Joint Proposed Pretrial Order has passed, the Parties believe it would be most efficient for the Court and the Parties if the due dates for the Joint Pretrial Order and any other trial-related deadlines, including the trial date, were continued pending a ruling on the Motions.

5. WHEREAS, no prejudice will occur to this Court or the Parties if granted, good cause supports this request to extend the deadline for a Joint Proposed Pretrial Order:

6. NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

7. The January 25, 2019 Scheduling Order shall be amended as follows: Joint Proposed Pretrial Order: Due 30 days after rulings on Defendants' Motions for Summary Judgment have been entered.

IT IS SO STIPULATED.


Dated: August 1, 2019.

MARX LAW FIRM, PLLC
By: /s/*Bradley M. Marx*
Bradley M. Marx, Esq.
601 S. 10th St.
Las Vegas, NV 89101
*Attorneys for Plaintiff, James Ku*

| | |
|---|---|
| 1 | ALVERSON TAYLOR SANDERS |
| 2 | By: /s/*Taylor Waite* |
| 3 | Kurt Bonds, Esq.<br>Taylor Waite, Esq. |
| 4 | Alverson Taylor & Sanders |
| 5 | 6605 Grand Montecito Parkway Ste. 200<br>Las Vegas, NV 89149 |
| 6 | *Attorneys for Trans Union, LLC* |
| 7 | |
| 8 | CLARK HILL, PLLC<br>By: /s/*Jeremy J. Thompson* |
| 9 | Jeremy J. Thompson, Esq.<br>3800 Howard Hughes Pkwy., Suite 500 |
| 10 | Las Vegas, NV 89169 |
| 11 | *Attorneys for Equifax Information Services LLC* |

DATE: __August 8__, 2019        IT IS SO ORDERED,

_____
UNITED STATES MAGISTRATE JUDGE

3

# CERTIFICATE OF SERVICE

This is to certify that I have this 1st day of August, 2019 served a true and correct copy of the foregoing via ECF to the following counsel of record:

Bradley M. Marx
Marx Law Firm
601 S. 10th St.
Las Vegas, NV 89101
Email: brad@marxfirm.com
*Counsel for Plaintiff*

Trevor Waite
Alverson Taylor & Sanders
6605 Grand Montecito Parkway
Suite 200
Las Vegas, NV 89149
Email: twaite@alversontaylor.com
*Counsel for Trans Union, LLC*

/s/ Jeremy J. Thompson
Jeremy J. Thompson